**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Patrick McRae                          CHAPTER 13
       Amber L. McRae aka Amber L. Jackson

                                                     BKY. NO. 17-17360 AMC
                       Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                             Respectfully submitted,



                                        Rebecca Solarz
                                        19 Nov 2020, 14:17:54, EST

                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 627-1322

Document ID: 8376f84ec495bf006f65c98a085edb2d322985152fda351d1f0d824f5f8fc30a