**Fill in this information to identify the case:**

Debtor 1  Patrick McRae

Debtor 2
(Spouse, if filing)  Amber L. McRae

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case Number  1717360 AMC

Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.                **Court claim no.** (if known):

**Last four digits** of any number you
use to identify the debtor's account: 5075

**Date of payment change:**
Must be at least 21 days after date       02/ 15/2021
of this notice

**New total payment:**                              $327.62
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:_____
   _____

   Current escrow payment: $_____           New escrow payment: $_____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice
   is not attached, explain why:_____
   _____

   Current interest rate:                                 New interest rate:

   Current principal and interest payment:                New principal and interest payment:

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification
   agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change:  Daily Simple Interest Accrual for Billing Period

   **Current mortgage payment:** $408.95              **New mortgage payment**: $327.62

Debtor 1  Patrick McRae
        First Name    Middle Name    Last Name

Case number (if known) 1717360

### Part 3: Sign Here

**The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Yvonne Uhlik
    Signature

Date  01 / 20 / 2021

Print:  Yvonne Uhlik

Title:  Support Specialist

Company  PNC Bank, National Association

Address:  P.O. Box 94982
    Number    Street

Cleveland, OH 44101-0570
City    State    ZIP Code

Contact Phone: 1-800-642-6323 Ext. 65570

Email: yvonne.uhlik@pnc.com

Official Form 410S1        **Notice of Mortgage Payment Change**        page 2

UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania (Philadelphia)

| IN RE: **Patrick McRae**<br>      **Amber L. McRae** | Case No. **17-17360**<br>Judge    Ashely M. Chan<br>Chapter  13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

    I, the undersigned, hereby certify that, on January 20, 2021, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: **PAUL H. YOUNG**
Trustee: **SCOTT F. WATERMAN (Chapter 13)**
Office of the United States Trustee

    Further, I certify that, on January 20, 2021, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

| | |
|---|---|
| **Patrick McRae** | 51 Tweed Road Levittown, PA 19056 |
| **Amber L. McRae** | 51 Tweed Road Levittown, PA 19056 |

By: /s/ Yvonne Uhlik

Yvonne Uhlik
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814