| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-17360-AMC**

PATRICK MC RAE
AMBER L MC RAE
51 TWEED ROAD
LEVITTOWN PA 19056

Petition Filed Date: 10/31/2017
341 Hearing Date: 12/15/2017
Confirmation Date: 05/30/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2020 | $190.00 | 6415012000 | 02/18/2020 | $190.00 | 6415013000 | 03/16/2020 | $190.00 | 6415014000 |
| 04/16/2020 | $190.00 | 6415015000 | 05/18/2020 | $190.00 | 6415016000 | 06/15/2020 | $190.00 | 6415017000 |
| 07/16/2020 | $190.00 | 6415018000 | 08/17/2020 | $190.00 | 6415019000 | 09/16/2020 | $190.00 | 6415020000 |
| 10/16/2020 | $190.00 | 6415021000 | 11/16/2020 | $190.00 | 6415022000 | 12/16/2020 | $190.00 | 6415023000 |
| 01/19/2021 | $190.00 | 7373467000 | 02/16/2021 | $190.00 | 7373468000 | 03/15/2021 | $190.00 | 7373469000 |
| 04/16/2021 | $190.00 | 7373470000 | 05/17/2021 | $190.00 | 7373471000 | | | |

**Total Receipts for the Period: $3,230.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,170.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $113.19 | $0.00 | $113.19 |
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $9,815.74 | $504.09 | $9,311.65 |
| 9 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $6,726.32 | $333.58 | $6,392.74 |
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $7,815.50 | $401.37 | $7,414.13 |
| 2 | BECKET & LEE, LLP<br>»» 002 | Unsecured Creditors | $85.02 | $0.00 | $85.02 |
| 1 | PNC BANK NA<br>»» 001 | Mortgage Arrears | $50.62 | $50.62 | $0.00 |
| 11 | PNC BANK<br>»» 011 | Unsecured Creditors | $16.71 | $16.71 | $0.00 |
| 12 | PNC BANK<br>»» 012 | Unsecured Creditors | $13,155.09 | $675.59 | $12,479.50 |
| 13 | PNC BANK<br>»» 013 | Unsecured Creditors | $17,682.98 | $908.15 | $16,774.83 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,282.68 | $425.33 | $7,857.35 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $8,861.36 | $455.11 | $8,406.25 |
| 3 | TD BANK NA<br>»» 003 | Unsecured Creditors | $8,283.66 | $425.42 | $7,858.24 |
| 4 | TD BANK NA<br>»» 004 | Unsecured Creditors | $19,189.24 | $985.53 | $18,203.71 |
| 14 | YOUNG MARR & ASSOCIATES<br>»» 014 | Attorney Fees | $2,100.00 | $2,100.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,170.00 | Current Monthly Payment: | $190.00 |
| Paid to Claims: | $7,281.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $695.40 | Total Plan Base: | $11,400.00 |
| Funds on Hand: | $193.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.