| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-17360-AMC

PATRICK  MC RAE
AMBER L  MC RAE
51 TWEED ROAD
LEVITTOWN  PA    19056

Petition Filed Date: 10/31/2017
341 Hearing Date: 12/15/2017
Confirmation Date: 05/30/2018

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2021 | $190.00 | 7373470000 | 05/17/2021 | $190.00 | 7373471000 | 06/16/2021 | $190.00 | 7373472000 |
| 07/16/2021 | $190.00 | 7373473000 | 08/16/2021 | $190.00 | 7373474000 | 09/16/2021 | $190.00 | 7373475000 |
| 10/18/2021 | $190.00 | 7373476000 | 11/16/2021 | $190.00 | 7373477000 | 12/20/2021 | $190.00 | 7373478000 |
| 01/18/2022 | $190.00 | | 02/17/2022 | $190.00 | | 03/17/2022 | $190.00 | |
| 04/18/2022 | $190.00 | | 05/17/2022 | $190.00 | | 06/17/2022 | $190.00 | |
| 07/18/2022 | $190.00 | | | | | | | |

**Total Receipts for the Period: $3,040.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,830.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  005 | Unsecured Creditors | $113.19 | $0.00 | $113.19 |
| 8 | BANK OF AMERICA NA<br>»»  008 | Unsecured Creditors | $9,815.74 | $759.58 | $9,056.16 |
| 9 | BANK OF AMERICA NA<br>»»  009 | Unsecured Creditors | $6,726.32 | $508.77 | $6,217.55 |
| 10 | BANK OF AMERICA NA<br>»»  010 | Unsecured Creditors | $7,815.50 | $591.11 | $7,224.39 |
| 2 | BECKET & LEE, LLP<br>»»  002 | Unsecured Creditors | $85.02 | $0.00 | $85.02 |
| 1 | PNC BANK NA<br>»»  001 | Mortgage Arrears | $50.62 | $50.62 | $0.00 |
| 11 | PNC BANK<br>»»  011 | Unsecured Creditors | $16.71 | $16.71 | $0.00 |
| 12 | PNC BANK<br>»»  012 | Unsecured Creditors | $13,155.09 | $1,017.98 | $12,137.11 |
| 13 | PNC BANK<br>»»  013 | Unsecured Creditors | $17,682.98 | $1,368.37 | $16,314.61 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $8,282.68 | $626.42 | $7,656.26 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $8,861.36 | $685.75 | $8,175.61 |
| 3 | TD BANK NA<br>»»  003 | Unsecured Creditors | $8,283.66 | $626.55 | $7,657.11 |
| 4 | TD BANK NA<br>»»  004 | Unsecured Creditors | $19,189.24 | $1,484.97 | $17,704.27 |
| 14 | YOUNG MARR  & ASSOCIATES<br>»»  014 | Attorney Fees | $2,100.00 | $2,100.00 | $0.00 |

**Chapter 13 Case No. 17-17360-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $10,830.00 | Current Monthly Payment: | $190.00 |
| Paid to Claims: | $9,836.83 | Arrearages: | $0.00 |
| Paid to Trustee: | $923.40 | Total Plan Base: | $11,400.00 |
| Funds on Hand: | $69.77 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.