Certificate Number: 03621-PAE-DE-035879396

Bankruptcy Case Number: 17-17360



03621-PAE-DE-035879396

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2021</u>, at <u>8:10</u> o'clock <u>PM EDT</u>, <u>Patrick R McRae</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>July 31, 2021</u>          By:     <u>/s/Lashonda Collins</u>

　　　　　　　　　　　　　　　　　　Name:   <u>Lashonda Collins</u>

　　　　　　　　　　　　　　　　　　Title:  <u>Credit Counselor</u>

Certificate Number: 03621-PAE-DE-035879397

Bankruptcy Case Number: 17-17360



03621-PAE-DE-035879397

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2021, at 8:10 o'clock PM EDT, Amber L McRae completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 31, 2021

By: /s/Lashonda Collins

Name: Lashonda Collins

Title: Credit Counselor