United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 17-17360-amc
Patrick McRae | Chapter 13
Amber L. McRae
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Dec 13, 2022 | Form ID: 138OBJ | Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick McRae, Amber L. McRae, 51 Tweed Road, Levittown, PA 19056-1521 |
| 14562589 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14006499 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14006500 | + | PNC Bank Credit Card, 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 14 2022 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 14 2022 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14006489 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 14 2022 00:00:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14006488 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 14 2022 00:00:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14073582 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 14 2022 00:00:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14006491 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2022 00:01:56 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14006490 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2022 00:01:56 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14030686 | | Email/PDF: bncnotices@becket-lee.com | Dec 14 2022 00:12:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14006495 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:12:36 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14006494 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:12:28 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14006492 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 00:02:19 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14006493 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 00:02:19 | Chase Card, Po Box 15298, Wilmington, DE 19850 |

Case 17-17360-amc   Doc 50   Filed 12/15/22   Entered 12/16/22 00:32:21   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 14006497 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 14 2022 00:00:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14006496 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 14 2022 00:00:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14030528 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2022 00:00:00 | PNC BANK, NATIONAL ASSOCIATION, BANKRUPTCY DEPARTMENT, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 14074537 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2022 00:00:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14006498 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2022 00:00:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14006501 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2022 00:00:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14051765 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:02:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14008175 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 14 2022 00:12:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14006502 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:09 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14006503 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:10 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14006505 | | Email/Text: bankruptcy@td.com | Dec 14 2022 00:00:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |
| 14006504 | | Email/Text: bankruptcy@td.com | Dec 14 2022 00:00:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 14006507 | | Email/Text: bankruptcy@td.com | Dec 14 2022 00:00:00 | Td Banknorth, 32 Chestnut St, Lewiston, ME 04240 |
| 14006506 | | Email/Text: bankruptcy@td.com | Dec 14 2022 00:00:00 | Td Banknorth, Attn: Bankruptcy, Po Box 1190, Lewston, ME 04243 |
| 14039207 | | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2022 00:02:19 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14033346 | ##+ | TD Bank, N.A., c/o Schiller, Knapp,, Lefkowitz & Hertzel, LLP, 950 New Loudon Road, Latham, NY 12110-2190 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor PNC Bank National Association paeb@fedphe.com |
| PAUL H. YOUNG | on behalf of Debtor Patrick McRae support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Amber L. McRae support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Patrick McRae and Amber L. McRae
      Debtor(s)

Case No: 17−17360−amc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
            Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/13/22

47 − 39
Form 138OBJ